IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02255-WDM-MEH

ISSIAKA I. NAMOKO,

    Plaintiff,

v.

CORNISH & DELL'OLIO LAW FIRM,

    Defendant.

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(b)(1), a Magistrate Judge shall disqualify himself under the following circumstance:

> Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.

This case centers on the prior relationship of Plaintiff and Defendant's firm at a time when I was working with the parties toward the settlement of Civil Action No. 05-cv-00763-WDM-MEH. Although I hold no personal bias or prejudice concerning either party, I have personal knowledge of events underlying this lawsuit, due to my involvement with the parties at that time. Consequently, in an effort to serve the ends of justice and to avoid any appearance of impropriety, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 5th day of December, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge