IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02255-WDM-CBS

ISSIAKA I. NAMOKO,
    Plaintiff,
v.

CORNISH & DELL'OLIO LAW FIRM,
    Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Namoko's "Request for the Court to O[r]der the Clerk to Electronically, Forwarded, Plaintiff's Filings to the Defendant [sic]" (filed December 3, 2007) (doc. # 10). Pursuant to the Order of Reference dated November 26, 2007 (doc. # 8) and the memoranda dated December 4, 2007 (docs. # 11 and # 12), this matter was referred to the Magistrate Judge. On December 5, 2007, upon the recusal of Magistrate Judge Hegarty, this civil action was assigned to Magistrate Judge Craig B. Shaffer. (*See* docs. # 13 and # 14). The court having reviewed Mr. Namoko's Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1. Mr. Namoko's "Request for the Court to O[r]der the Clerk to Electronically, Forwarded, Plaintiff's Filings to the Defendant [sic]" (filed December 3, 2007) (doc. # 10) is DENIED.

2. A Scheduling Conference shall be held before Magistrate Judge Shaffer in Courtroom A-402 on February 1, 2008 at 9:30 a.m., in accordance with the directions set forth in the Minute Order dated November 27, 2007 (doc. # 9).

DATED at Denver, Colorado, this 12th day of December, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge