IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02255-WDM-CBS

ISSIAKA I. NAMOKO,
	Plaintiff,
v.

CORNISH AND DELL'OLIO LAW FIRM,
	Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

	This civil action comes before the court regarding Plaintiff Namoko's failure to respond to the court's March 3, 2008 Order to Show Cause (doc. # 20). Pursuant to the Order of Reference dated November 26, 2007 (doc. # 8), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, . . ." The court has reviewed the entire case file and the applicable law and is sufficiently advised in the premises.

	On March 3, 2008, pursuant to D.C. COLO. LCivR 41.1, the court ordered Mr. Namoko to show cause on or before Tuesday March 25, 2008 why the Magistrate Judge should not recommend that this civil action be dismissed for failure to appear at the February 1, 2008 Scheduling Conference, failure to appear at the March 3, 2008 Scheduling Conference, failure to timely serve the Defendant, failure to prosecute this civil action, and failure to comply with the court's Orders, the Local Rules of Practice for the United States District Court for the District of Colorado, and the Federal Rules of Civil Procedure. The court advised Mr. Namoko that failure to adequately respond to

the Order to Show Cause could result in a Recommendation for dismissal of this civil action without further notice. As of this date, Mr. Namoko has not responded to the court's March 3, 2008 Order to Show Cause.

Accordingly, IT IS ORDERED that:

1. A status conference is set on **Monday April 21, 2008 at 8:30 a.m.**

2. Mr. Namoko may appear in person in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294 or via telephone by calling (303) 844-2117 at 8:30 a.m. on April 21, 2008.

3. Mr. Namoko is warned that failure to appear at the status conference may result in a recommendation that this civil action be dismissed without further notice.

DATED at Denver, Colorado, this 31st day of March, 2008.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge