IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   07-cv-02255-WDM-CBS

ISSIAKA I. NAMOKO,

        Plaintiff,

v.

CORNISH AND DELL'OLIO LAW FIRM,

        Defendant.

---

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

---

Miller, J.

        This case is before me on the recommendation of Magistrate Judge Craig B. Shaffer
(doc no 23), filed April 21, 2008, that this case be dismissed for failure to prosecute.
Plaintiff did not file an objection to the recommendation and therefore is not entitled to *de
novo* review.   28 U.S.C. § 636(b).   For the reasons that follow, I will accept the
recommendation as modified.

        As set forth in detail in the recommendation, Plaintiff filed this action in October 2007
but thereafter took no steps to pursue it.  He has failed to attend numerous conferences
and hearings set by Magistrate Judge Shaffer and has offered no explanation for his
absence.  He did not respond to Magistrate Judge Shaffer's order to show cause why the
case should not be dismissed, and it appears that the last address that Plaintiff provided
the Court is not longer valid.  Plaintiff has also failed to timely serve the defendant.  I agree
with Magistrate Judge Shaffer's recitation of the history of the case and generally with his

analysis of the factors set forth in *Ehrenhaus v. Reynolds*, 965 F. 2d 916, 920 (10th Cir. 1992). However, I disagree with Magistrate Judge Shaffer's recommendation that the case be dismissed with prejudice. No adjudication on the merits was possible here and the defendant has suffered no prejudice as a result of Plaintiff's actions in this case. Moreover, to the extent that I have any concerns about future frivolous or abandoned litigation by Plaintiff, I conclude that less drastic means, such as limitations on future *pro se* filings, are available.

Accordingly, it is ordered:

1.      The recommendation of Magistrate Judge Shaffer (doc no 23) is  accepted as modified.

2.      Plaintiff's complaint is dismissed without prejudice.

DATED at Denver, Colorado, on May 12, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge